# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN BERNARD JONES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELO,<br><br>　　　　Respondent. | Case No. 1:18-cv-00493-JDP<br><br>ORDER GRANTING IN PART RESPONDENT'S MOTION FOR EXTENSION<br><br>(Doc. No. 14) |

Petitioner Alvin Bernard Jones is proceeding pro se and *in forma pauperis* with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Respondent moves for a 60-day extension to file a response, citing respondent's counsel's caseload. (Doc. No. 14.) The issues raised in the petition are not unusually complicated. The court will grant a 30-day extension.

Accordingly,

1. Respondent's motion for an extension to respond to the petition (Doc. No. 14) is granted in part and denied in part.
2. Respondent's response is due Thursday, July 26, 2018.

IT IS SO ORDERED.

Dated: 　June 25, 2018　　　　　　　　　　　　/s/ *Jeremy D. Peterson*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE